**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
THE CITY OF CHULA VISTA,
ROXANA KENNEDY; ALFONSO
PERDOMO, ROMAN BUYSON;
THOMAS LUHTA, and EVAN LINNEY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENRIQUEZ, ALEYNA ENRIQUEZ, MIGUEL ENRIQUEZ, and THE ESTATE OF CARLOS ENRIQUEZ,, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF CHULA VISTA, ROXANA KENNEDY, in her individual capacity, ALFONSO PERDOMO, ROMAN BUYSON, THOMAS LUHTA and DOES 1-25,, <br><br> Defendant. | Case No. 3:25-CV-03832 BTM DEB <br><br> [*Hon. Barry T. Moskowitz, Dist. Judge; Hon. Daniel E. Butcher, M. Judge*] <br><br> **DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** <br><br> Complaint Filed:  12/30/2025 <br> FAC Filed:  07/02/2026 <br> Trial Date:  None Set |

Defendants CITY OF CHULA VISTA ("CITY"), CHIEF ROXANA KENNEDY, OFFICER ALFONSO PERDOMO, OFFICER ROMAN BUYSON, AGENT THOMAS LUHTA, and SGT. EVAN LINNEY (collectively "DEFENDANTS") hereby answer Plaintiffs' First Amended Complaint for Damages (Doc. 24; hereinafter referred to as the "Complaint") and Defendants hereby admit, deny, and allege as follows:

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## **ANSWER TO COMPLAINT**

1.     Answering the unnumbered introductory paragraphs  of the Complaint, under the header "Introduction": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraphs, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

2.     Answering paragraph 1 of the Complaint, under the header "Jurisdiction": Defendants admit that jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1343(3).

3.     Answering paragraph 2 of the Complaint, under the header "Jurisdiction and Venue": Defendants admit that venue is proper in this Court under 28 U.S.C. § 1391(b) and (c).

4.     Answering paragraph 3 of the Complaint, under the header "Jurisdiction and Venue": Defendants admit that supplemental jurisdiction is proper in this Court under 28 U.S.C. § 1367. As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

5.     Answering paragraph 4 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

6.     Answering paragraph 5 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1                                    2                    Case No. 25CV3832 BTM DEB
DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

7.     Answering paragraph 6 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

8.     Answering paragraph 7 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

9.     Answering paragraph 8 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

10.     Answering paragraph 9 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

11.     Answering paragraph 10 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1     3     Case No. 25CV3832 BTM DEB
DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

12. Answering paragraph 11 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

13. Answering paragraph 12 of the Complaint, under the header "Parties": Defendants admit that Defendant CITY OF CHULA VISTA is a governmental public entity within the State of California. As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

14. Answering paragraph 13 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

15. Answering paragraph 14 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

16. Answering paragraph 15 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1    4    Case No. 25CV3832 BTM DEB
DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

17. Answering paragraph 16 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

18. Answering paragraph 17 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

19. Answering paragraph 18 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

20. Answering paragraph 19 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

21. Answering paragraph 20 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

22. Answering paragraph 21 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

23. Answering paragraph 22 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

24. Answering paragraph 23 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

25. Answering paragraph 24 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

26. Answering paragraph 25 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

27. Answering paragraph 26 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

28. Answering paragraph 27 of the Complaint, under the header "Facts":

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

29.    Answering paragraph 28 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

30.    Answering paragraph 29 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

31.    Answering paragraph 30 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

32.    Answering paragraph 31 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

33.    Answering paragraph 32 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation

contained therein – and Defendants deny all liability and/or wrongdoing.

34. Answering paragraph 33 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

35. Answering paragraph 34 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

36. Answering paragraph 35 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

37. Answering paragraph 36 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

38. Answering paragraph 37 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

39. Answering paragraph 38 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

40. Answering paragraph 39 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

41. Answering paragraph 40 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

42. Answering paragraph 41 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

43. Answering paragraph 42 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

44. Answering paragraph 43 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1                                      9                          Case No. 25CV3832 BTM DEB

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

45. Answering paragraph 44 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

46. Answering paragraph 45 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

47. Answering paragraph 46 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

48. Answering paragraph 47 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

49. Answering paragraph 48 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

50. Answering paragraph 49 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

51.    Answering paragraph 50 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

52.    Answering paragraph 51 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

53.    Answering paragraph 52 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

54.    Answering paragraph 53 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

55.    Answering paragraph 54 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

56.    Answering paragraph 55 of the Complaint, under the header "Facts":

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1    11    Case No. 25CV3832 BTM DEB
DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

57.   Answering paragraph 56 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

58.   Answering paragraph 57 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

59.   Answering paragraph 58 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

60.   Answering paragraph 59 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

61.   Answering paragraph 60 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation

contained therein – and Defendants deny all liability and/or wrongdoing.

62. Answering paragraph 61 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

63. Answering paragraph 62 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

64. Answering paragraph 63 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

65. Answering paragraph 64 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

66. Answering paragraph 65 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

67. Answering paragraph 66 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

68. Answering paragraph 67 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

69. Answering paragraph 68 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

70. Answering paragraph 69 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

71. Answering paragraph 70 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

72. Answering paragraph 71 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

73. Answering paragraph 72 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

74. Answering paragraph 73 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

75. Answering paragraph 74 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

76. Answering paragraph 75 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

77. Answering paragraph 76 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

78. Answering paragraph 77 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

79. Answering paragraph 78 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

80. Answering paragraph 79 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

81. Answering paragraph 80 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

82. Answering paragraph 81 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

83. Answering paragraph 82 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

84. Answering paragraph 83 of the Complaint, under the header "Facts":

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

85. Answering paragraph 84 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

86. Answering paragraph 85 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

87. Answering paragraph 86 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

88. Answering paragraph 87 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

89. Answering paragraph 88 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

contained therein – and Defendants deny all liability and/or wrongdoing.

90.    Answering paragraph 89 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

91.    Answering paragraph 90 of the Complaint, under the header "Facts": This paragraph contains a legal conclusion, which does not require a response.

92.    Answering paragraph 91 of the Complaint, under the header "Facts": This paragraph contains a legal conclusion, which does not require a response.

93.    Answering paragraph 92 of the Complaint, under the header "Facts": This paragraph contains a legal conclusion, which does not require a response.

94.    Answering paragraph 93 of the Complaint, under the header "Facts": This paragraph contains a legal conclusion, which does not require a response.

95.    Answering paragraph 94 of the Complaint, under the header "Facts": This paragraph contains a legal conclusion, which does not require a response.

96.    Answering paragraph 95 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

97.    Answering paragraph 96 of the Complaint, under the header "Facts": This paragraph contains a legal conclusion, which does not require a response.

98.    Answering paragraph 97 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1                    18                    Case No. 25CV3832 BTM DEB

99.     Answering paragraph 98 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

100.    Answering paragraph 99 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

101.    Answering paragraph 100 of the Complaint, under the header "FIRST CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 99, inclusive, of the Complaint.

102.    Answering paragraph 101 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

103.    Answering paragraph 102 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

104.    Answering paragraph 103 of the Complaint, under the header "FIRST

CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

105. Answering paragraph 104 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

106. Answering paragraph 105 of the Complaint, under the header "FIRST CAUSE OF ACTION": This paragraph contains a legal conclusion, which does not require a response.

107. Answering paragraph 106 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

108. Answering paragraph 107 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

109. Answering paragraph 108 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or

information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

110. Answering paragraph 109 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

111. Answering paragraph 110 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

112. Answering paragraph 111 of the Complaint, under the header "FIRST CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

113. Answering paragraph 112 of the Complaint, under the header "SECOND CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 111, inclusive, of the Complaint.

114. Answering paragraph 113 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1                                   21                    Case No. 25CV3832 BTM DEB
DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

115. Answering paragraph 114 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

116. Answering paragraph 115 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

117. Answering paragraph 116 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

118. Answering paragraph 117 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

119. Answering paragraph 118 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

120. Answering paragraph 119 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

121. Answering paragraph 120 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

122. Answering paragraph 121 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

123. Answering paragraph 122 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

124. Answering paragraph 123 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge,

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

125. Answering paragraph 124 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

126. Answering paragraph 125 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

127. Answering paragraph 126 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

128. Answering paragraph 127 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

129. Answering paragraph 128 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

130. Answering paragraph 129 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

131. Answering paragraph 130 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

132. Answering paragraph 131 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

133. Answering paragraph 132 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

134. Answering paragraph 133 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

135. Answering paragraph 134 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

136. Answering paragraph 135 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

137. Answering paragraph 136 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

138. Answering paragraph 137 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge,

or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

139. Answering paragraph 138 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

140. Answering paragraph 139 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

141. Answering paragraph 140 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

142. Answering paragraph 141 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1

27

Case No. 25CV3832 BTM DEB

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

143. Answering paragraph 142 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

144. Answering paragraph 143 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

145. Answering paragraph 144 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

146. Answering paragraph 145 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

147. Answering paragraph 146 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

148.   Answering paragraph 147 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

149.   Answering paragraph 148 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

150.   Answering paragraph 149 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

151.   Answering paragraph 150 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

152.   Answering paragraph 151 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

153. Answering paragraph 152 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

154. Answering paragraph 153 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

155. Answering paragraph 154 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

156. Answering paragraph 155 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

157. Answering paragraph 156 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

158. Answering paragraph 157 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

159. Answering paragraph 158 of the Complaint, under the header "SECOND CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

160. Answering paragraph 159 of the Complaint, under the header "THIRD CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 159, inclusive, of the Complaint.

161. Answering paragraph 160 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1

31

Case No. 25CV3832 BTM DEB

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

liability and/or wrongdoing.

162. Answering paragraph 161 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

163. Answering paragraph 162 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

164. Answering paragraph 163 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

165. Answering paragraph 164 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

166. Answering paragraph 165 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained

within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

167. Answering paragraph 166 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

168. Answering paragraph 167 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

169. Answering paragraph 168 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

170. Answering paragraph 169 of the Complaint, under the header "THIRD CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

171. Answering paragraph 170 of the Complaint, under the header "FOURTH CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 169, inclusive, of the Complaint.

172. Answering paragraph 171 of the Complaint, under the header

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

"FOURTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

173.   Answering paragraph 172 of the Complaint, under the header "FOURTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

174.   Answering paragraph 173 of the Complaint, under the header "FOURTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

175.   Answering paragraph 174 of the Complaint, under the header "FOURTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

176.   Answering paragraph 175 of the Complaint, under the header "FIFTH CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 174, inclusive, of the Complaint.

177.    Answering paragraph 176 of the Complaint, under the header "FIFTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

178.    Answering paragraph 177 of the Complaint, under the header "FIFTH CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

179.    Answering paragraph 178 of the Complaint, under the header "FIFTH CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

180.    Answering paragraph 179 of the Complaint, under the header "FIFTH CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

181.    Answering paragraph 180 of the Complaint, under the header "FIFTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

182.    Answering paragraph 181 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

183.    Answering paragraph 182 of the Complaint, under the header "SIXTH

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

184. Answering paragraph 183 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

185. Answering paragraph 184 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

186. Answering paragraph 185 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

187. Answering paragraph 186 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

liability and/or wrongdoing.

188. Answering paragraph 187 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

189. Answering paragraph 188 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

190. Answering paragraph 189 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

191. Answering paragraph 190 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

192. Answering paragraph 191 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1      37      Case No. 25CV3832 BTM DEB

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

193.   Answering paragraph 192 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

194.   Answering paragraph 193 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

195.   Answering paragraph 194 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

196.   Answering paragraph 195 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

197.   Answering paragraph 196 of the Complaint, under the header "SIXTH

CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

198.   Answering paragraph 197 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

199.   Answering paragraph 198 of the Complaint, under the header "SIXTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

200.   Answering paragraph 199 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 198, inclusive, of the Complaint.

201.   Answering paragraph 200 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all

liability and/or wrongdoing.

202. Answering paragraph 201 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

203. Answering paragraph 202 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

204. Answering paragraph 203 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

205. Answering paragraph 204 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

206. Answering paragraph 205 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

179388374.1

Case No. 25CV3832 BTM DEB

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

207. Answering paragraph 206 of the Complaint, under the header "SEVENTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

208. Answering paragraph 207 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 206, inclusive, of the Complaint.

209. Answering paragraph 208 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

210. Answering paragraph 209 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

211. Answering paragraph 210 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

212. Answering paragraph 211 of the Complaint, under the header

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1

41

Case No. 25CV3832 BTM DEB

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL

"EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

213.    Answering paragraph 212 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

214.    Answering paragraph 213 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": This paragraph contains a legal conclusion, which does not require a response.

215.    Answering paragraph 214 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

216.    Answering paragraph 215 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

217.    Answering paragraph 216 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

218. Answering paragraph 217 of the Complaint, under the header "EIGHTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

219. Answering paragraph 218 of the Complaint, under the header "NINTH CAUSE OF ACTION": Whereby Plaintiffs incorporate by reference Plaintiffs' prior allegations, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 217, inclusive, of the Complaint.

220. Answering paragraph 219 of the Complaint, under the header "NINTH CAUSE OF ACTION": This paragraph contains a legal conclusion, which does not require a response.

221. Answering paragraph 220 of the Complaint, under the header "NINTH CAUSE OF ACTION": This paragraph contains a legal conclusion, which does not require a response.

222. Answering paragraph 221 of the Complaint, under the header "NINTH CAUSE OF ACTION": This paragraph contains a legal conclusion, which does not require a response. As to the remaining allegations, defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

223. Answering paragraph 222 of the Complaint, under the header "NINTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

224. Answering paragraph 223 of the Complaint, under the header "NINTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

225. Answering paragraph 224 of the Complaint, under the header "NINTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

226. Answering paragraph 225 of the Complaint, under the header "NINTH CAUSE OF ACTION": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

227. Answering paragraph 226 of the Complaint, under the header "NINTH CAUSE OF ACTION": Defendants Deny the allegations contained within such paragraph.

228. Answering Plaintiffs' Prayer for relief, Defendants deny all liability to

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

Plaintiffs, including, but not limited to, all liability for any and all damages, including, but not limited to compensatory damages; statutory damages; attorneys' fees; costs of any kind; punitive and exemplary damages against Defendants; and/or for any relief of any kind from Defendants to Plaintiffs.

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## AFFIRMATIVE DEFENSES

229. As separate and affirmative defenses, Defendants allege as follows[1]:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State Claim, State of Limitations)

230. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

231. Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

232. Plaintiffs' claims are time-barred by the operative statues of limitations (including, but not limited to, Cal. Code Civ. Proc. § 335.1).

### SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

233. This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

234. The Complaint is barred based on Plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

### THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

235. Defendant alleges that Plaintiffs' action is barred by reason of conduct, actions, and inactions of Plaintiffs which amount to and constitute a waiver of any right Plaintiffs may or might have had in reference to the matters and things alleged

---

[1] For purposes of affirmative defenses, affirmative defenses that reference "Plaintiffs" shall also be construed to apply, wherever feasible, to Plaintiffs' decedent.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

in the Complaint, or that otherwise estop Plaintiffs from recovery in this action, including, but not limited to, the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

236.   Plaintiffs' claims are barred or limited to the extent Plaintiffs failed to mitigate Plaintiffs' injuries or damages, if there were any. Plaintiffs failed to mitigate the damages, if any, which Plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiffs failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

237.   Plaintiffs' claims are barred or limited by Plaintiffs' contributory/comparative negligence or other conduct, acts or omissions, and to the extent any Plaintiffs suffered any injury or damages, it was the result of Plaintiffs' own negligent or deliberate actions or omissions.

238.   Plaintiffs' recovery is barred because any injury or damage suffered by Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties. The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

239.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Cal. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

240. The answering Defendants are informed and believe and thereon allege that if Plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other entities or persons other than the answering Defendants. To the extent that Plaintiffs' damages were so caused, any recovery by Plaintiffs as against the answering Defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Discretionary Acts)**

241. There is no liability for any injury or damages, if there were any, resulting from an exercise of discretion vested in a public employee, whether or not such discretion was abused. Cal. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

242. Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

243. A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by their issuance, denial, suspension or revocation or by their failure or refusal to issue, denies, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where they are authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Cal. Gov. Code §§ 818.2, 818.4, 818.8, 821, and 821.2. Based thereon, answering Defendants are immune from liability for any injuries claimed by Plaintiffs, herein.

244. The answering Defendants are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which Plaintiffs complain pursuant to Cal. Gov. Code §§ 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, Cal. Gov. Code §§ 810, 810.2, 810.4,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Cal. Gov. Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE

### (Public Entity Immunity)

245.   To the extent that the Complaint attempts to predicate liability upon the answering public entity Defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Cal. Gov. Code §§ 815.2 and 820.2 and *Herndon v. Cnty. of Marin*, 25 Cal. App. 3d 933, 935, 936 (1972), *rev'd on other grounds by Sullivan v. County of Los Angeles*, 12 Cal.3d 710 (1974); and by the lack of any duty running to any Plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint. *See de Villers v. Cnty. of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

246.   This Defendant may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Gov. Code §§ 844.6, 845.6; Cal. Civ. Code § 2351; *Malloy v. Fong*, 37 Cal.2d 356, 378-379(1951); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *Larez v. City of Los Angeles*, 946 F.2d 630, 645-646 (9th Cir. 1991); *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

247.   Defendant CITY and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendants therefore assert any individual defendants' (including, but not limited to Defendant

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

OFFICERS) Qualified Immunity from liability to the fullest extent applicable.

248. Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendants are also immune from liability under the doctrine of Qualified Immunity.

249. At all relevant times, Defendant CITY and its agents or officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald*, 457 U.S. 800 (1982) ; Cal Gov. Code §§ 815.2, 820.2.

## NINTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

250. At the time and place referred to in the Complaint, and before such event, Plaintiffs knew, appreciated, and understood each and every risk involved in placing themselves in the position which Plaintiffs then assumed, and willingly, knowingly, and voluntarily assumed each of such risk, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of rights, and/or death.

## JURY DEMAND

251. Defendants demand a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendants pray as follows:

1. That the Complaint be dismissed, with prejudice, and in its entirety;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2.    That Plaintiffs take nothing by reasons of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3.    That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

4.    That Defendants be awarded such other relief as the Court deems just.

DATED:  July 10, 2026            LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    _____
                *Tori L.N. Bakken*
        TONY M. SAIN
        TORI L.N. BAKKEN
        Attorneys for Defendants,
        THE CITY OF CHULA VISTA,
        ROXANA KENNEDY; ALFONSO
        PERDOMO, ROMAN BUYSON;
        THOMAS LUHTA, and EVAN LINNEY

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**FEDERAL COURT PROOF OF SERVICE**
Maria Enriquez, et al. v. The City of Chula Vista, et al.
USDC Case No. 2:25-CV-3832-BTM-DEB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 10, 2026, I served the following document(s):  **DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 10, 2026, at Los Angeles, California.

/s/ *Curfew F. Wilson*
_____
Curfew F. Wilson



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**SERVICE LIST**
**Maria Enriquez, et al. v. The City of Chula Vista, et al.**
**USDC Case No. 2:25-CV-3832-BTM-DEB**

| | |
|---|---|
| Steve Hoffman (SBN 237466)<br>Law Office of Steve Hoffman, APC<br>770 First Avenue, Suite 250<br>San Diego, CA 92101<br>Telephone:   619.677.3015<br>Facsimile:   888.320.9384<br>Email:        shoffmanlaw@gmail.com<br>              admin@stevehoffman.lawver | Attorneys for Plaintiffs Maria Enriquez, Aleyna Enriquez, Miguel Enriquez, and the Estate of Carlos Enriquez |
| Eugene Iredale (SBN 75292)<br>Julia Yoo (SBN 231163)<br>IREDALE & YOO, APC<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101-6036<br>Telephone:   619.233.1525<br>Facsimile:   619.233.3221<br>Email:        egiredale@iredalelaw.com<br>              jyoo@iredalelaw.com<br>              admin@iredalelaw.com<br>              creherman@iredalelaw.com<br>              pbibring@iredalelaw.com<br>              sbrockett@iredalelaw.com<br>              smusumeci@iredalelaw.com<br>              contact@iredalelaw.com | Attorneys for Plaintiffs Maria Enriquez, Aleyna Enriquez, Miguel Enriquez, and the Estate of Carlos Enriquez |



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179388374.1

Case No. 25CV3832 BTM DEB

DEFTS' ANSWER TO PLTFS' FAC; DEMAND FOR JURY TRIAL