UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENRIQUEZ, et al., )<br><br>  Plaintiff, )<br>v. )<br> )<br>THE CITY OF CHULA VISTA, )<br>et al., )<br> )<br>  Defendants. )<br> )<br> )<br>_____ ) | Case No.: 25-cv-3832-BTM-DEB<br><br>**PROTECTIVE ORDER RE BODY WORN CAMERA FOOTAGE FROM THE CITY OF SAN DIEGO POLICE DEPARTMENT**<br><br>**[DKT. NO. 27]** |

Based on the Joint Motion filed by Plaintiffs and Defendants, and for good cause, the Court orders that there be no reproduction or transmission of the San Diego Police Department BWC footage that includes personal identifying information (PII) of civilian witnesses, except as needed, between the following persons for the litigation of this matter:

a.    The Court and its personnel;

b.    (1) The Parties and their attorneys of record, including the attorneys' paralegals, clerical, and secretarial staff who are actively involved in the proceedings; (2) In-House Counsel to the Parties and the paralegal, clerical, and secretarial staff employed by such counsel; and (3) Officers, directors, partners,

- 1 -

members, employees, and agents of all Parties that counsel for such Parties deems necessary to aid counsel in the prosecution and defense of this proceeding. Provided, however, that each non-lawyer given access to the footage shall be advised that such footage is being disclosed pursuant to, and are subject to, the terms of this Stipulation and Order and that they may not be disclosed other than pursuant to its terms;

c.    Outside experts or expert consultants consulted by the Parties or their counsel in connection with the proceeding, whether or not retained to testify at any oral hearing; provided, however, that prior to the disclosure of the footage to any such expert or expert consultant, counsel for the Party making the disclosure shall deliver a copy of this Stipulation and Order to such person, shall explain its terms to such person, and shall secure the signature of such person on a statement in the form attached hereto as Exhibit A, which shall be retained by counsel for the party disclosing the footage and will be made available upon reasonable request;

d.    Any deposition, trial or hearing witness in the proceeding who previously has had access to the footage, or who is currently or was previously an officer, director, partner, member, employee, or agent of an entity that has had access to the footage; however, such witness shall not be sent copies of the footage, nor may they retain such copies. Further, prior to the disclosure of the video to such deposition or trial hearing witness, counsel for the party making the disclosure shall inform the witness that such footage is being disclosed pursuant to, and are subject to, the terms of this Stipulation and Order and that they may not be disclosed other than pursuant to its terms;

e.    Court reporters in this Proceeding; and

//

//

//

- 2 -

f.      Jurors and alternate jurors in this Proceeding.

After this proceeding is finally concluded, including any record retention obligations under statute or local rule, the Confidential Material must be returned to SDPD or destroyed.

IT IS SO ORDERED.

Dated:  July 15, 2026

_____
Daniel E. Butcher
United States Magistrate Judge

- 3 -