Steve Hoffman (SBN 237466)
Law Office of Steve Hoffman, APC
770 First Avenue, Suite 250
San Diego, CA 92101
Tel: (619) 677-3015
Fax: (888) 320-9384
shoffmanlaw@gmail.com

Eugene Iredale (SBN 75292)
Julia Yoo (SBN 231163)
Peter Bibring (SBN 223981)
Chelsea Reherman (SBN 343446)
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Tel: (619) 233-1525/Fax: (619) 233-3221

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA ENRIQUEZ, ALEYNA ENRIQUEZ, MIGUEL ENRIQUEZ, and THE ESTATE OF CARLOS ENRIQUEZ

Plaintiff,

v.

THE CITY OF CHULA VISTA, ROXANA KENNEDY, in her individual capacity, ALFONSO PERDOMO, ROMAN BUYSON, THOMAS LUHTA, EVAN LINNEY and DOES 1-25.

Defendants.

Case No.: 25-cv-3832-BTM-DEB

**DECLARATION OF CHELSEA REHERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

Hon. Daniel E. Butcher

**DECLARATION OF CHELSEA REHERMAN**

I, Chelsea Reherman, declare as follows:

1. I am an attorney at Iredale & Yoo, APC. I am licensed to practice law before this Court and am counsel of record for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. On August 12, 2026, counsel for Plaintiffs and Defendant met via Zoom for a discovery conference in front of this Court.

3. During this conference, the Court requested counsel for Defendant, Ms. Abigail McLaughlin, review certain withheld documents to determine if there was any inference that could be drawn related to dishonesty contained within the documents.

4. On August 20, 2026, Ms. McLaughlin stated via email, "I have spoken to my client and can confirm, per the Court's request, that none of the withheld IA investigations involve allegations or inferences of dishonesty, so we are not planning to produce them at this time. Additionally, we will continue to withhold the other at-issue documents (Luhta's IA Report re the K-9 Use of Force; the Watts Incident; and the Nunis Incident) unless the Court orders their production."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2026, in San Diego, California.

*s/ Chelsea Reherman*
Chelsea Reherman