Steve Hoffman (SBN 237466)
Law Office of Steve Hoffman, APC
770 First Avenue, Suite 250
San Diego, CA 92101
Tel: (619) 677-3015
Fax: (888) 320-9384
shoffmanlaw@gmail.com

Eugene Iredale (SBN 75292)
Julia Yoo (SBN 231163)
Peter Bibring (SBN 223981)
Chelsea Reherman (SBN 343446)
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Tel: (619) 233-1525/Fax: (619) 233-3221

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA ENRIQUEZ, ALEYNA ENRIQUEZ, MIGUEL ENRIQUEZ, and THE ESTATE OF CARLOS ENRIQUEZ

Plaintiff,

v.

THE CITY OF CHULA VISTA, ROXANA KENNEDY, in her individual capacity, ALFONSO PERDOMO, ROMAN BUYSON, THOMAS LUHTA, EVAN LINNEY and DOES 1-25.

Defendants.

Case No.: 25-cv-3832-BTM-DEB

**DECLARATION OF EUGENE IREDALE IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE SCHEDULING ORDER DATES**

Hon. Daniel E. Butcher

## DECLARATION OF EUGENE IREDALE

I, Eugene Iredale, declare as follows:

1. I am an attorney duly licensed to practice law before this Court and a principal of Iredale & Yoo, APC. I am lead counsel of record for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. On July 6, 2026, I underwent an outpatient surgical procedure at UCSD.

3. Shortly after the surgery, however, I developed a post-operative infection.

4. This infection resulted in hospitalization at UCSD for two days, August 6 and 7, 2026.

5. Following my discharge, I was placed on a course of treatment of 28 days of daily intravenous antibiotic infusions. That original course of treatment was set to conclude on September 3, 2026. The treating doctor extended the treatment for an additional fourteen days, until September 17, 2026.

6. As a result of my current status, I have been substantially limited in my work schedule.

7. Before my surgery, the parties had scheduled the depositions of the four individual Defendants in this action, which I was to take, for July 23-24, 27, and 29, 2026.

8. Because of the surgery and later events, these depositions could not proceed on those dates.

9. The parties have thus far been unable to arrange mutually agreeable dates on which to take the depositions of the individual Defendants.

10. In addition to the depositions of the individual Defendants, Plaintiffs had planned to take, before the original discovery cutoff, the depositions of Defendant City of Chula Vista's designees pursuant to Federal Rule of Civil Procedure 30(b)(6) on three subject matters — the Chula Vista Police Department's training, discipline, and use of equipment — as well as the depositions of two percipient witnesses. Because of my situation, those depositions have not been scheduled or taken.

11. Before my surgery, I and my co-counsel diligently pursued discovery in this matter, including the service of written discovery on Defendants, the service of third-party subpoenas, and correspondence with defense counsel regarding the sufficiency of Defendants' responses to Plaintiffs' Requests for Production.

12. Plaintiffs have been unable to complete the fact discovery contemplated by the Court's Scheduling Order, including the depositions of the individual Defendants and percipient witnesses, before the September 18, 2026 fact discovery cutoff.

13. Neither my medical condition nor the resulting course of treatment was foreseeable at the time the Scheduling Order issued, and neither was within my control.

14. I anticipate resuming working full days by the end of September, 2026

15. This is the first request by any party to continue any date in this action. The requested ninety-day continuance is sought in good faith and not for purposes of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2026, at San Diego, California.

*/s/ Eugene Iredale*

EUGENE IREDALE