**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
THE CITY OF CHULA VISTA, Chief
ROXANA KENNEDY, Officer
ALFONSO PERDOMO, Officer ROMAN
BUYSON,, Officer THOMAS LUHTA
and Sergeant EVAN LINNEY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ENRIQUEZ, ALEYNA ENRIQUEZ, MIGUEL ENRIQUEZ, and THE ESTATE OF CARLOS ENRIQUEZ,,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF CHULA VISTA, ROXANA KENNEDY, in her individual capacity, ALFONSO PERDOMO, ROMAN BUYSON, THOMAS LUHTA and DOES 1-25,<br><br>Defendant. | Case No. 25CV3832 BTM DEB<br>*[Hon. Barry T. Moskowitz, Dist. Judge; Hon. Daniel E. Butcher, M. Judge]*<br><br>**DECLARATION OF ABIGAIL J. R. MCLAUGHLIN IN SUPPORT OF DEFENDANTS' *LIMITED* EX PARTE APPLICATION TO CONTINUE SCHEDULING ORDER DATES** |

I, Abigail J. R. McLaughlin, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants THE CITY OF CHULA VISTA, Chief ROXANA KENNEDY, Officer ALFONSO PERDOMO, Officer ROMAN BUYSON, Officer THOMAS LUHTA, and Sergeant EVAN LINNEY ("Defendants") herein. The facts

set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Discovery in this matter began on February 12, 2026 when the Parties conducted their Rule 26(f) meeting.

3. From April 8, 2026 to present, the Parties have been communicating via e-mail and meeting and conferring via Zoom and/or telephone call about setting depositions in this matter. A true and correct copy of the email correspondence reflecting this for the time period of April 6, 2026 to September 1, 2026 is attached hereto as Exhibit "A".

4. On August 10, 2026, Plaintiffs served Defendants with notices and subpoenas for the following depositions: (1) Officer Jorge Chinolla on August 20, 2026; (2) Officer Rafael Duran on August 21, 2026; (3) Person Most Knowledgeable ("PMK") regarding BearCat Use and Deployment on September 9, 2026; (4) PMK regarding Officer Discipline on September 11, 2026; (5) Defendant Officer Perdomo on September 22, 2026; (6) Defendant Officer Luhta on September 23, 2026; (7) Defendant Sergeant Linney on September 30, 2026; and (8) Defendant Officer Roman Buyson on October 9, 2026. This was the first time that Plaintiffs advised Defendants that they were seeking the depositions of Officer Chinolla, Officer Duran, a PMK re Officer Discipline, and a PMK re Bearcat.

5. On August 12, 2026, Defendants served objections to the Plaintiffs' deposition notices to Officers Chinolla and Duran and requested the Parties meet and confer. A true and correct copy of the e-mail correspondence regarding these objections is attached hereto as Exhibit "B".

6. The Parties have productively met and conferred (and Defendants' supplemented their written discovery responses) to narrow their discovery dispute to the Parties' disagreement over whether records associated with prior incidents involving Defendants Officer Luhta, Officer Perdomo, and Sergeant Linney are discoverable. A true and correct copy of Defendants' correspondence to Plaintiffs

reflecting this meeting and conferring and narrowing is attached hereto as Exhibit "C".

7. After an Informal Discovery Conference where the Court issued its tentative thoughts was to side with Defendants on some items and Plaintiffs on others, the Parties reached an impasse and Plaintiffs filed their Motion to Compel.

8. Plaintiffs' requested depositions are all of law enforcement officers who have duties to the public, firm works schedules, and ongoing trainings that are put on hold every time that deposition dates are changed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 2nd day of September, 2026, at Los Angeles, California.

*<u>/s/ Abigail J.R. McLaughlin</u>*
Abigail J. R. McLaughlin