# EXHIBIT A

**McLaughlin, Abigail**

| | |
|---|---|
| **From:** | Steve Hoffman <shoffmanlaw@gmail.com> |
| **Sent:** | Tuesday, September 1, 2026 4:39 PM |
| **To:** | Bakken, Tori |
| **Cc:** | Sain, Tony; McLaughlin, Abigail; Medina, Christina; Hamedi, Ali; Eugene Iredale; Peter Bibring; Chelsea Reherman; Law Office of Steve Hoffman; Hernandez, Emily; Jessica Colburn |
| **Subject:** | Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule |

EXTERNAL

Tori,

We will be filing our ex parte application for a continuance this afternoon.

Steve

On Mon, Aug 31, 2026 at 11:43 AM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Morning Mr. Hoffman,

Unfortunately, we cannot agree to a continuance of *all* case management dates and deadlines in this case. Our position remains the same: we are agreeable to continuing the fact discovery deadline as to the defendant officers' depositions **only,** to account for Mr. Iredale's unforeseen health conflicts. As previously stated, we are also open to continuing the other deadlines, aside from the fact discovery deadline. However, we cannot agree to a blanket extension that would include the fact discovery deadline. At this point, we have offered dozens of dates for the defendant officer depositions, held dates open for weeks and had officers cancel their conflicts to accommodate your requests, only to have your office then cancel the depositions last minute or request dates be held for weeks, only to then not receive a response on if you would proceed with noticing the depositions for those held dates.

As a reminder, we first began asking for dates of when you intended to depose the defendant officers on April 8, 2026. It was not until June that your office then asked us to hold open the late July dates for the defendants' depositions, which we did. Plaintiffs finally noticed those depositions on July 6, 2026. But, then on July 16, 2026, a week before the first defendant's deposition was noticed for, you cancelled all 4 depositions. That same day, we then offered plaintiffs alternative dates for the officer depositions to proceed before the fact discovery cut-off, around our trial conflicts. Plaintiffs refused our proposed dates. In response, we offered to further accommodate plaintiffs by extending the fact discovery cut off as to the defendant officer depositions only, and again offered you more dates. Yet again, plaintiffs refused our offered dates. In response, on July 21, 2026, we then offered plaintiffs thirteen (13) separate dates that we and the officers could be available for deposition. Despite numerous requests for your office to confirm any of those dates that the officers were holding open, it was not until August 10, 2026 that your office sent deposition notices for the 4 defendant officers, which we subsequently confirmed

(as well as us offering alternative dates for the 2 witnessing officers and 2 PMK witnesses that you unilaterally noticed, which was the first we heard of you seeking their depositions). And now, per your last email, you are again cancelling 3 of the 4 defendant depositions and still asking us to hold open the dates we offered for the PMK on the Bearcat, as well as Officer Chinolla, and Officer Duran, with no indication of whether or not those depositions will proceed, despite the witnesses keeping those dates open.

We cannot now agree to a blanket extension of all dates due to plaintiff's refusal to take advantage of the months of numerous attempts we have made to make the defendant officers, and later noticed witnessing officers and PMKs, available for deposition. We will thus prepare a limited opposition to your motion.

Please let us know as soon as possible, but by September 3, 2026, the status of the 9/16 deposition of Officer Chinolla. 9/17 deposition of Officer Duran, and 9/18 deposition of the PMK re the bearcat, as they are continuing to hold those dates per your request.

Thank you,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025 Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Friday, August 28, 2026 4:02 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

EXTERNAL

Good Afternoon Tori,

We will be filing a motion today to compel the production of documents withheld from our April and May requests. These withheld documents pertain directly to Defendants Perdomo, Luhta, and Linney.

Because this motion will not be decided before their currently scheduled deposition dates, Plaintiffs cannot adequately or fully depose these individuals without the documents in hand. Proceeding without this production would significantly prejudice Plaintiffs' case. Likewise for the 30(b)(6) deposition re:discipline. Those depositions should be taken off calendar until the discovery dispute is resolved. Please leave the deposition of Buyson on calendar.

We will get back to you early next week regarding the Bearcat 30(b)(6) and the depositions of Chinolla and Duran, after Gene consults with his doctor.

Please let us know if you will agree to the joint motion and we will amend both Gene's declaration and the motion to reflect the above.

Steve

On Fri, Aug 28, 2026 at 8:53 AM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Morning Steve,

Thank you for providing your proposed motion. However, we need clarification on something in order to provide our position:

Paragraph 9 in Gene's declaration states that the parties have been unable to reach agreeable dates for the defendants' depositions. Is that a typo, as we gave you numerous options for the 4 defendant officers' depositions and plaintiffs then served notices in conformity with those options on 8/10, which we subsequently confirmed. Based on plaintiffs' latest notices, we (and the officers) have these depositions scheduled as follows:

Perdomo 9/22

Luhta 9/23

Linney 9/30

Buyson 10/9.

Please see you notices attached here.

Are you now taking those off calendar as well? We have been offering you multiple options for these depositions for months, scheduling them, and then having them taken off calendar. As I relayed to you, this causes significant hardship on the defendants when they are cancelling trainings and having shifts adjusted to accommodate your selected dates, only to have them holding dates open to then be cancelled. Similarly, you advised you would confirm the dates for the other depositions you requested by this past Monday 8/31 (Duran, Chinolla, and the PMKs) since we offered you dates for those last week as requested, and I've been unable to get any response from you regarding the same. Those 4 witnesses are also holding open dates indefinitely, at your request.

Please advise regarding the above depositions and we will then get you our position or potential additions to your motion.

Thank you,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Wednesday, August 26, 2026 3:00 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

EXTERNAL

Good Afternoon Tori,

As discussed in our telephone meeting, attached is the proposed joint motion to continue the scheduling order dates. Please let me know if I may affix your signature and file.

Thanks,

Steve

On Tue, Aug 25, 2026 at 12:43 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Afternoon Steve,

I believe you indicated you were going to get back to me by yesterday (8/24) regarding the outstanding depositions that plaintiffs wanted to set which we've offered dates for.

Do you have any update?

Thanks,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Sent:** Tuesday, August 18, 2026 8:48 AM
**To:** Steve Hoffman <shoffmanlaw@gmail.com>

**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** RE: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

Good Morning Steve,

I believe you misread the portion of my email re the defendant officer depositions: I confirmed those dates for you as those were the dates your office/plaintiffs noticed them for (see your service of the notices on August 10, 2026).

Regarding the continuance you're seeking, it seems you misunderstood our conversation, I did not advise that I would get back to you on our position, I stated we were open to continuing certain deadlines, but we have yet to receive any proposed stipulation to review, despite our requests for the same. So again, to reiterate our position: we are happy to take a look at the stipulation and work with you on continuing deadlines so long as our clients are not prejudiced by the same. Please send that over at your earliest convenience. Regarding the fact discovery deadline specifically, it seems an extension of such may not be necessary aside from the defendant officer depositions, which we agreed to permit plaintiffs to take after the discovery cut off and as you have since noticed them for. Should you advise that one of the other 4 previously noticed depositions (2 PMKs, Chinolla, or Duran) need to occur after the fact discovery deadline, we can evaluate a limited extension as to them as well. You advised you would let me know by Monday, August 24, 2026. Further, you advised there would potentially be 1 other PMK deposition, which I believe we can find an agreeable date for, but I will need the notice with topics to be addressed in order to find the proper witness from the City.

I look forward to receiving your proposed stipulation to modify the case management deadlines as well as confirmation of the offered deposition dates for the 2 PMKs, Chinolla, and Duran.

Thanks,

Tori

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Monday, August 17, 2026 5:30 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

EXTERNAL

Tori,

Thank you for offering the dates for the PMK re Discipline and PMK re Bearcat depositions and the depositions of Chinolla and Duran. The previously noticed dates are off calendar. To clarify our conversation, I did not confirm the depositions of Perdomo, Luhta, Linney, and Buyson, but did agree that I would review all deposition dates with Gene and get back to you on Monday August 24, 2026 or sooner, if possible.

I also told you that we will be seeking a 90 day continuance of all dates and asked if you would agree to a joint motion, and you agreed to get back to me. If defendants will only agree to extend the current deadline as to conduct the depositions of the defendant officers, we will proceed with filing the motion for a continuance of all dates. Please advise of your position by Monday, August 24, 2026.

I did not advise that there would be just one additional deposition. I advised that there was one additional 30(b)(6) deposition plaintiffs would likely be noticing, on de-escalation, and that it is dependent on whether your office produces the documents we have been demanding for several months. I believe Abigail and I will be meeting and conferring on that issue on Thursday or Friday of this week. You are welcome to begin identifying the appropriate PMK in the meantime; doing so is without prejudice to either side's position. All deposition dates likewise depend on production of those documents. All deposition dates likewise depend on the production of those documents. I did advise that it was unlikely that we would be noticing depositions of any other percipient witnesses.

Steve

On Mon, Aug 17, 2026 at 4:32 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Afternoon Steve,

Thanks for speaking with me today regarding plaintiffs' noticed depositions. As discussed, we were able to find workable dates before the current fact discovery cut-off for the 2 witness officers and the 2 PMKs plaintiffs noticed. Those dates that we've reserved and are having the witnesses hold are:

9/9 PMK re Discipline

9/16 Officer Chinolla

9/17 Officer Duran

9/18 PMK re Bearcat

You advised that the previously noticed, unilaterally selected dates for the 4 above depositions are thus off-calendar, though you will confirm my above-offered dates by Monday 8/24, after you consult with Gene. These dates will be reserved pending that confirmation.

I also confirmed the defendant officers' availability for plaintiffs' amended deposition notices as to them, which are as follows:

9/22 @ 10a Deposition of Perdomo @ LBBS SD

9/23 @ 10a Deposition of Luhta @ LBBS SD

9/30 @ 10a Deposition of Linney @ LBBS SD

10/9 @ 10a Deposition of Buyson @ LBBS SD

Notably, while these are after the fact discovery cut-off, we remain agreeable to extend that deadline as to conduct the defendant officers' depositions only. The defendant officers have reserved these dates per your notices and their shifts and trainings have been changed and cancelled to accommodate.

You advised that there may be just one further deposition that plaintiffs are seeking: a PMK regarding de-escalation, which you will get back to me on as soon as possible so defendants can begin determining who the appropriate witness will be from the City.

If any of the above is inaccurate from your account, please let me know by tomorrow, 8/18. I look forward to hearing back from you regarding confirmation of the above dates.

Thank you,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Bakken, Tori Tori.Bakken@lewisbrisbois.com
**Sent:** Monday, August 17, 2026 2:11 PM
**To:** Steve Hoffman shoffmanlaw@gmail.com
**Subject:** Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

No problem, 330 is actually better for me too. Talk to you then.

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
Tori.Bakken@lewisbrisbois.com

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Aug 17, 2026, at 1:47 PM, Steve Hoffman <shoffmanlaw@gmail.com> wrote:

EXTERNAL

Hi Tori,

If it’s possible, could we move this to 3:30? I can be available at 3:00 if not, but it would be easier.

Thanks

Law Office of Steve Hoffman, APC

770 First Avenue, Suite 250

San Diego, CA 92101

PH: 619-677-3015

FAX: 888-320-9384

stevehoffman.lawyer

On Mon, Aug 17, 2026 at 11:06 AM Steve Hoffman <shoffmanlaw@gmail.com> wrote:

Good morning,

Please call me at 619-717-1254 at 3 pm.

Thank you,

Steve

---

**From:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Sent:** Wednesday, August 12, 2026 6:17 PM
**To:** Steve Hoffman <shoffmanlaw@gmail.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** RE: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

Good Evening,

Great, let's do Monday at 3:00p. Please let me know the best number to call at that time.

Thanks,

Tori

**From:** Steve Hoffman shoffmanlaw@gmail.com
**Sent:** Wednesday, August 12, 2026 3:44 PM
**To:** Wilson, Curfew Curfew.Wilson@lewisbrisbois.com
**Cc:** admin@stevehoffman.lawyer; egiredale@iredalelaw.com; jyoo@iredalelaw.com; admin@iredalelaw.com; creherman@iredalelaw.com; pbibring@iredalelaw.com; sbrockett@iredalelaw.com; smusumeci@iredalelaw.com; contact@iredalelaw.com; Sain, Tony Tony.Sain@lewisbrisbois.com; Bakken, Tori Tori.Bakken@lewisbrisbois.com; McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Hernandez, Emily Emily.Hernandez@lewisbrisbois.com; Taylor, Corinne Corinne.Taylor@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com
**Subject:** Re: Maria Enriquez, et al. v. The City of Chula Vista, et al. - USDC Case No. 2:25-CV-3832-BTM-DEB

EXTERNAL

Good afternoon,

We are available to meet and confer on Monday, August 17, 2026, between 2:00 pm and 4:00 pm.

Steve

On Wed, Aug 12, 2026 at 11:33 AM Wilson, Curfew <Curfew.Wilson@lewisbrisbois.com> wrote:

Good morning:

On behalf of Tony M. Sain, Esq., Tori L.N. Bakken, Esq., and Abigail J.R. McLaughlin, Esq., please see the attached Objections regarding the above-mentioned matter.

Thank you,

LEWIS BRISBOIS

Curfew F. Wilson
Assistant to Matthew P. Harrison,
Tori L.N. Bakken and Graham S. Hancock
Curfew.Wilson@lewisbrisbois.com

**T: 213.580.7938 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule
Certified 2022-2023 Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** London Paulson admin@iredalelaw.com
**Sent:** Monday, August 10, 2026 4:45 PM
**To:** Sain, Tony Tony.Sain@lewisbrisbois.com; Bakken, Tori Tori.Bakken@lewisbrisbois.com; McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com; Hernandez, Emily Emily.Hernandez@lewisbrisbois.com; Hamedi, Ali Ali.Hamedi@lewisbrisbois.com
**Cc:** Peter Bibring pbibring@iredalelaw.com; Eugene Iredale egiredale@iredalelaw.com; Chelsea Reherman creherman@iredalelaw.com; Steve Hoffman shoffmanlaw@gmail.com
**Subject:** Enriquez v. City of Chula Vista, et al.: Deposition Notices

EXTERNAL

Good afternoon Counsel,

Attached please find the following deposition notices and subpoenas. Let me know if you have any questions.

Best,

London Paulson

Legal Assistant

**Iredale and Yoo, APC**
105 West F Street, 4th Floor
San Diego, CA 92101
TEL: (619) 233-1525
FAX: (619) 233-3221

admin@iredalelaw.com

www.iredalelaw.com

IREDALE AND YOO, APC:
The information contained in this message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us. Thank you.

---

**From:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Sent:** Monday, August 10, 2026 1:21 PM
**To:** Steve Hoffman <shoffmanlaw@gmail.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** RE: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

Good Afternoon Steve,

I hope Gene is doing better and is out of the hospital now. Please pass on our well-wishes for a speedy recovery to him.

Regarding the request for an extension of the deadlines: as fact discovery is almost complete at this point with us all having diligently worked to complete depositions the past few months, we would agree to a limited extension of the fact discovery deadline to allow only for the 4 defendant officers' depositions (Linney, Perdomo, Luhta, and Buyson) and we are open to extending the other deadlines (i.e. expert discovery, motions, etc.) by about 60 days as you request. Please send over a draft stipulation for review and we can work out agreeable dates for those other deadlines.

I have asked the officers to continue holding open the dates that we offered you last month for their depositions, but they have had a few conflicts begin to arise (such as felony trials that they are required to attend and mandatory training courses), so **please do let us know which dates you would like to reserve as soon as possible and we will do our best to accommodate.**

Thank you,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
Tori.Bakken@lewisbrisbois.com

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Steve Hoffman shoffmanlaw@gmail.com
**Sent:** Friday, August 7, 2026 10:47 AM
**To:** Bakken, Tori Tori.Bakken@lewisbrisbois.com
**Cc:** Sain, Tony Tony.Sain@lewisbrisbois.com; McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com; Hamedi, Ali Ali.Hamedi@lewisbrisbois.com; Eugene Iredale egiredale@iredalelaw.com; Peter Bibring pbibring@iredalelaw.com; Chelsea Reherman

creherman@iredalelaw.com; Law Office of Steve Hoffman admin@stevehoffman.lawyer; Hernandez, Emily Emily.Hernandez@lewisbrisbois.com; Jessica Colburn admin@iredalelaw.com
**Subject:** Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

EXTERNAL

Hi Tori,

Gene was admitted to the hospital yesterday and remains hospitalized. Please let us know if you will agree to a 60-day extension of all case dates. If so, we will prepare a joint motion today.

Additionally, please hold the previously offered deposition dates open until early next week so we can receive an update on Gene's status.

Best regards,

Steve

--

Law Office of Steve Hoffman, APC

770 First Avenue, Suite 250

San Diego, CA 92101

PH: 619-677-3015

FAX: 888-320-9384

stevehoffman.lawyer

---

**From:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Sent:** Thursday, July 30, 2026 5:21 PM
**To:** Steve Hoffman <shoffmanlaw@gmail.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** RE: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

Good Afternoon Steve,

We have not received any response from plaintiffs regarding the latest round of date options we provided to accommodate your request to reschedule the officer depositions, see below. As I'm sure you can understand, we and the officers cannot hold open those numerous dates indefinitely. Please let us know by Friday, August 7, 2026 at the latest if you would like to reserve any of the dates offered. If we continue not to hear back from you beyond next Friday, then we cannot guarantee that those date options will still be available.

Thanks,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
Tori.Bakken@lewisbrisbois.com

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Sent:** Tuesday, July 21, 2026 11:44 AM
**To:** Steve Hoffman <shoffmanlaw@gmail.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** RE: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

Good Afternoon Steve,

We are not amenable to extending all deadlines in this case. However, as none of the 3 sets of alternative options we have since offered for the defendant depositions are workable on your end, we will agree to a limited extension of the fact discovery deadline as to the 4 defendant officers' depositions only.

We will thus agree to extend to the fact discovery cut off to permit the depositions of Buyson, Linney, Luhta, and Perdomo to October 11, 2026. We would then be available for the defendant officer depositions on any of the following dates:

9/21, 9/22, 9/23, 9/24;

9/28, 9/29, 9/30, 10/1; or

10/5, 10/6, 10/7, 10/8; 10/9.

All other case management dates would remain the same.

Please advise if such is agreeable and if so, which dates from the above you would like to reserve for their depositions.

Thank you,

Tori

---

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Monday, July 20, 2026 5:03 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

EXTERNAL

Good Afternoon Tori,

Gene will be in trial during the weeks you offered, and I have conflicts on two of those dates.

Please let me know if you will agree to a joint motion to extend the discovery cut-off and all other related dates by 90 days. This extension will allow us sufficient time to secure mutually agreeable dates for the depositions.

Thanks,

Steve

On Mon, Jul 20, 2026 at 11:27 AM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Morning Steve,

As I told Gene at every single meet and confer on this topic, we have very limited availability in August due to our trial conflicts, which surely you understand we have no control over.

The **only** other dates we can offer within the current deadlines are:

8/28: Luhta

8/31: Linney

9/1: Perdomo

9/2: Buyson

These are not interchangeable due to the officers' conflicts.

We have been incredibly accommodating and flexible for your last-minute request/change, so if these options do not work then we will need to extend the fact discovery cut-off as to the defendant officers only.

Please let me know as soon as possible but by tomorrow if you would like to proceed with these dates. We are releasing the holds we had on calendar for the dates you had noticed this week and next week based on your prior correspondence.

Thank you,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Friday, July 17, 2026 1:36 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** Re: Enriquez (PC) Depositions of Officers- P's Request to Re-Schedule

EXTERNAL

Tori,

I just spoke to Gene on the phone. To be clear and accurate, his doctor told him that he can work, but he cannot engage in any lengthy work or any stressful activities for at least another week.

Steve

On Fri, Jul 17, 2026 at 12:52 PM Steve Hoffman <shoffmanlaw@gmail.com> wrote:

> Good Afternoon Tori,
>
> These dates are not acceptable. We refuse to believe that the officers have no availability within the next month.
>
> Gene was seen by his doctor again today, and he was ordered not to work for the next week. In light of this unexpected health issue that has arisen, we are requesting four dates in August for the depositions of the officers. If you will not provide those dates, we can discuss this with the magistrate on a joint call.
>
> Steve
>
> On Thu, Jul 16, 2026 at 5:35 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:
>
>> Good Afternoon Steve,
>>
>> I hope Gene makes a speedy recovery. While we are of course willing to accommodate your request as best we can, this does pose significant scheduling difficulties for our office, as well as for the City and officers. As you may recall, when I first began asking which City employees plaintiffs would want to depose- back on April 8, 2026- I explained that numerous shift assignments would need be modified, and we needed lead time to ensure such could be done. Further, as Gene and I discussed at multiple meet and confers, we have a very busy trial schedule between now and the September 18, 2026 fact discovery cut-off in this case. However, we moved things around to accommodate the request for these depositions to proceed in July like plaintiffs requested.

As such, with this limited notice, the *only* dates that we and the 4 officers can be available for deposition before the deadline are **September 16, 17, and 18 (with a required end time of 1p on 9/18)**. Even making these options available will require officers to cancel pre-scheduled training courses that are only offered annually and us to re-schedule other case conflicts. With these September options, that would necessarily mean that at least two of the officers would need to be deposed on the same day, thereby limiting their deposition time to no more than 4 hours on the record. However, as previously discussed, that should be more than sufficient time. Alternatively, if you prefer to keep the previously agreed upon deposition dates for next week and the week following, as noticed or switched to Zoom, we are happy to do so.

Please let me know what you prefer and if you elect to move the depositions in accordance with the above, please provide us with conforming notices ASAP, but by end of day Monday July 20th, so we can again have shifts and schedules modified.

Thanks,

Tori

LEWIS BRISBOIS

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you a not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Thursday, July 16, 2026 11:40 AM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>; Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Peter Bibring <pbibring@iredalelaw.com>; Chelsea Reherman <creherman@iredalelaw.com>; Law Office of Steve Hoffman <admin@stevehoffman.lawyer>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Jessica Colburn <admin@iredalelaw.com>
**Subject:** Enriquez - Depositions of Officers

EXTERNAL

Good Morning Counsel,

Gene had a medical procedure last week and has not yet fully recovered. Unfortunately, we do not anticipate his doctor releasing him to return to work until July 27, 2026 at the earliest, and possibly later.

We request that the depositions of Sergeant Linney and Officers Luhta, Perdomo and Buyson be taken off calendar, to be rescheduled at a later date that is acceptable to all parties.

We thank you in advance for your understanding and cooperation, and apologize for any inconvenience. Please let us know if this is acceptable, or contact me if you have any questions or concerns.

Steve

--

Law Office of Steve Hoffman, APC

770 First Avenue, Suite 250

San Diego, CA 92101

PH: 619-677-3015

FAX: 888-320-9384

stevehoffman.lawyer

**From:** Law Office of Steve Hoffman <admin@stevehoffman.lawyer>
**Sent:** Monday, July 6, 2026 3:59 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>; Eugene Iredale <egiredale@iredalelaw.com>; Steve Hoffman <shoffmanlaw@gmail.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Hernandez, Emily <Emily.Hernandez@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>
**Subject:** RE: Enriquez (PC) Officer Deposition Notices

EXTERNAL

Good afternoon,

Attached please find copies of the deposition notices. Please let us know if you have any questions.

Thank you,

Krystal Shea

Law Office of Steve Hoffman, APC

770 First Avenue, Suite 250

San Diego, CA 92101

PH: 619-677-3015

FAX: 888-320-9384

**From:** Bakken, Tori Tori.Bakken@lewisbrisbois.com
**Sent:** Monday, July 6, 2026 7:39 AM
**To:** Eugene Iredale egiredale@iredalelaw.com; Steve Hoffman shoffmanlaw@gmail.com; 'Law Office of Steve Hoffman' admin@stevehoffman.lawyer
**Cc:** Sain, Tony Tony.Sain@lewisbrisbois.com; McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com; Hernandez, Emily Emily.Hernandez@lewisbrisbois.com; Hamedi, Ali Ali.Hamedi@lewisbrisbois.com
**Subject:** Enriquez (PC) Officer Deposition Notices

Good Morning Gene,

I'm following up on the officer deposition notices that you were going to send last week, could we please get those today?

Thank you,

Tori

**Tori L. N. Bakken**
**Partner**
Los Angeles
213.680.5172 or x2135172

**From:** Bakken, Tori Tori.Bakken@lewisbrisbois.com
**Sent:** Monday, June 29, 2026 11:38 AM
**To:** Eugene Iredale egiredale@iredalelaw.com; Steve Hoffman shoffmanlaw@gmail.com
**Cc:** Sain, Tony Tony.Sain@lewisbrisbois.com; McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com; Hamedi, Ali Ali.Hamedi@lewisbrisbois.com; Hernandez, Emily Emily.Hernandez@lewisbrisbois.com; Law Office of Steve Hoffman admin@stevehoffman.lawyer; Peter Bibring pbibring@iredalelaw.com; Jessica Colburn admin@iredalelaw.com; Chelsea Reherman creherman@iredalelaw.com; Julia Yoo jyoo@iredalelaw.com
**Subject:** Enriquez (PC) Officer Depos

Good Afternoon Gene,

Following up on our call, I was able to confirm the following dates for the officer depositions:

7/23 at 10a Sgt. Evan Linney

7/24 at 10a Agent Thomas Luhta

7/27 at 1130a Officer Alfonso Perdomo

7/29 at 11a Officer Roman Buyson

Per the parties' prior agreement, all of these depositions will take place at Lewis Brisbois- 550 W C St. Additionally, I would like to again offer for you to take 2 of the depositions per day to make better use of our time as I can't imagine you'll need a full 7 hours with each officer. With that said, please provide us conforming notices for the above depositions at your earliest convenience. If you elect to keep 1 per day, please note that later start times are required on the 27th and 29th.

Thank you,

Tori

**Tori L. N. Bakken**
**Partner**
Los Angeles
213.680.5172 or x2135172

**From:** Steve Hoffman shoffmanlaw@gmail.com
**Sent:** Friday, June 26, 2026 4:44 PM
**To:** Bakken, Tori Tori.Bakken@lewisbrisbois.com
**Cc:** McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Sain, Tony Tony.Sain@lewisbrisbois.com; Hamedi, Ali Ali.Hamedi@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com; Eugene Iredale egiredale@iredalelaw.com; Law Office of Steve Hoffman admin@stevehoffman.lawyer; Peter Bibring pbibring@iredalelaw.com; Jessica Colburn admin@iredalelaw.com; Chelsea Reherman creherman@iredalelaw.com; Julia Yoo jyoo@iredalelaw.com; Hernandez, Emily Emily.Hernandez@lewisbrisbois.com
**Subject:** Re: Enriquez (PC) Proposed FAC Redline/Officer Depos

EXTERNAL

Thank you Tori, I'll get the joint motion drafted. We'll get back to you as soon as possible on the deposition dates.

Steve

On Fri, Jun 26, 2026 at 4:41 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Afternoon Steve,

Thanks for sending this over, I've passed it on to the client for review, but I don't foresee any issues so go ahead and prepare the joint motion and I'll take a look at it Monday.

I was supposed to hear from Gene today regarding which depositions he wanted to proceed with on the dates I provided previously. Is there any update on that so we can at least ensure the necessary people have the confirmed dates in their schedules?

Thanks,

Tori

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you a not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Bakken, Tori Tori.Bakken@lewisbrisbois.com
**Sent:** Monday, June 22, 2026 1:25 PM
**To:** Eugene Iredale egiredale@iredalelaw.com; Steve Hoffman shoffmanlaw@gmail.com
**Cc:** Sain, Tony Tony.Sain@lewisbrisbois.com; McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com; Hamedi, Ali Ali.Hamedi@lewisbrisbois.com; Hernandez, Emily Emily.Hernandez@lewisbrisbois.com; Peter Bibring pbibring@iredalelaw.com; Law Office of Steve Hoffman admin@stevehoffman.lawyer; Chelsea Reherman creherman@iredalelaw.com; Jessica Colburn admin@iredalelaw.com; Julia Yoo jyoo@iredalelaw.com
**Subject:** Enriquez (PC) Officer Depos

Good Afternoon Gene and Steve,

Following up on our discussions last week re the officer depositions, Sgt. Linney can be available on 7/23, and the defendant officers can be available on 7/24, 7/27, or 7/28.

Please confirm these dates and provide conforming notices at your earliest convenience.

Thanks,

Tori

**Tori L. N. Bakken**
**Partner**
Los Angeles
213.680.5172 or x2135172

**From:** Bakken, Tori Tori.Bakken@lewisbrisbois.com
**Sent:** Wednesday, April 8, 2026 1:26 PM
**To:** Steve Hoffman shoffmanlaw@gmail.com
**Cc:** Kircher, Aaron Aaron.Kircher@lewisbrisbois.com; egiredale@iredalelaw.com; jyoo@iredalelaw.com; pbibring@iredalelaw.com; smuseumci@iredalelaw.com; admin@stevehoffman.lawyer; admin@iredalelaw.com; Sain, Tony Tony.Sain@lewisbrisbois.com; Medina, Christina Christina.Medina@lewisbrisbois.com; McLaughlin, Abigail Abigail.McLaughlin@lewisbrisbois.com; Hamedi, Ali Ali.Hamedi@lewisbrisbois.com; sbrockett@iredalelaw.com; creherman@iredalelaw.com; contact@iredalelaw.com
**Subject:** RE: Enriquez (PC) Potential Plaintiff Depo Dates

Thank you for those confirmations, Steve. Additionally, we will be noticing the Medical Examiner for June 3, 2026 at 1p at our SD office; Ariel, Joseph, and JR Islas all on June 17, 2026 at our SD office. We will also reach out to witness Dana Durst Hartman for her availability and notice such accordingly.

Per the parties' agreement, we will take all of the plaintiff/family depositions at your office (aside from those out of state) so long as you take all of the officer/CVPD depositions at ours.

We will get you conforming notices shortly. Additionally, I'll keep any eye out for an email from Gene re the officer depos he'd like to schedule.

Thank you,

Tori

**Tori L. N. Bakken**
**Partner**
Los Angeles
213.680.5172 or x2135172

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Wednesday, April 8, 2026 11:39 AM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Kircher, Aaron <Aaron.Kircher@lewisbrisbois.com>; egiredale@iredalelaw.com; jyoo@iredalelaw.com; pbibring@iredalelaw.com; smuseumci@iredalelaw.com; admin@stevehoffman.lawyer; admin@iredalelaw.com; Sain, Tony <Tony.Sain@lewisbrisbois.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Hamedi, Ali <Ali.Hamedi@lewisbrisbois.com>; sbrockett@iredalelaw.com; creherman@iredalelaw.com; contact@iredalelaw.com
**Subject:** Re: Enriquez (PC) Potential Plaintiff Depo Dates

EXTERNAL

Nice to speak with you today Tori. I've confirmed the proposed dates for the depositions of our clients. Aleyna Enriquez and Jose Ibanez are available for back to back remote depositions on May 20, 2026. Esther (Maria) Enriquez is available for an in person deposition in our office on June 4, 2026. Miguel Enriquez is available for an in person deposition in our office on June 18, 2026. Iredale and Yoo's address is 105 F Street, 4th Floor, San Diego, CA 92101.

I'll contact the Islas' to ask about their availability on June 17, 2026.

Thanks,

Steve

---

Hi Steve,

Sure, no issue on my end. The login will remain the same. Thanks!

**Tori L. N. Bakken**
**Partner**
Tori.Bakken@lewisbrisbois.com

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you a not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Steve Hoffman <shoffmanlaw@gmail.com>
**Sent:** Wednesday, April 8, 2026 9:26 AM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Subject:** Re: Enriquez (PC) Potential Plaintiff Depo Dates

EXTERNAL

Good Morning Tori, can we push the meeting back about 15 minutes until 10:15 am please?

Thanks,

Steve

On Mon, Apr 6, 2026 at 12:37 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Great, let's do Wednesday at 10a. We can use the following Zoom login:

Topic: Enriquez M/C re Depos

Time: Apr 8, 2026 10:00 AM Pacific Time (US and Canada)

Join Zoom Meeting

https://lewisbrisbois.zoom.us/j/8798660818?pwd=ekpzNkdFR2J6L2UwcTNlY2d0OWNWUT09&omn=88093214629

Meeting ID: 879 866 0818

Passcode: 123123

---

One tap mobile

+16699006833,,8798660818# US (San Jose)

Thanks,

Tori

**Tori L. N. Bakken**
**Partner**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**