# EXHIBIT B

**McLaughlin, Abigail**

| | |
|---|---|
| **From:** | Wilson, Curfew |
| **Sent:** | Wednesday, August 12, 2026 11:32 AM |
| **To:** | shoffmanlaw@gmail.com; admin@stevehoffman.lawyer; egiredale@iredalelaw.com; jyoo@iredalelaw.com; admin@iredalelaw.com; creherman@iredalelaw.com; pbibring@iredalelaw.com; sbrockett@iredalelaw.com; smusumeci@iredalelaw.com; contact@iredalelaw.com |
| **Cc:** | Sain, Tony; Bakken, Tori; McLaughlin, Abigail; Hernandez, Emily; Taylor, Corinne; Medina, Christina |
| **Subject:** | Maria Enriquez, et al. v. The City of Chula Vista, et al. - USDC Case No. 2:25-CV-3832-BTM-DEB |
| **Attachments:** | Enriquez - Obj. P's Depo Ntc of Duran.01.08122026(181753899.1).pdf; Enriquez - Obj. P's Depo Ntc of Chinolla.01.08122026(181754722.1) (002).pdf |

Good morning:

On behalf of Tony M. Sain, Esq., Tori L.N. Bakken, Esq., and Abigail J.R. McLaughlin, Esq., please see the attached Objections regarding the above-mentioned matter.

Thank you,

LEWIS BRISBOIS

Curfew F. Wilson
Assistant to Matthew P. Harrison,
Tori L.N. Bakken and Graham S. Hancock
Curfew.Wilson@lewisbrisbois.com

T: 213.580.7938 F: 213.250.7900

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.

Mansfield Rule
Certified 2022-2023 Powered by DIVERSITY LAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.