UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARIA ENRIQUEZ, et al.,

Plaintiffs,

v.

THE CITY OF CHULA VISTA, et al.,

Defendants.

Case No.: 25-cv-3832-BTM-DEB

**AMENDED SCHEDULING ORDER**

**[DKT. NO. 34]**

Before the Court is Plaintiffs' Ex Parte Motion to Continue Scheduling Order Deadlines. Dkt. No. 34. Defendants opposed the Motion in a limited manner. Dkt. No. 35. The Court held a hearing on the Motion on September 10, 2026. Finding good cause as stated on the record, the Court **GRANTS** the Joint Motion and amends dates as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Zoom Status Conference (audio-only) | | 11/13/2026 @ 9:00 AM |
| In-Person Mandatory Settlement Conference – Courtroom 2B[1] (Briefs due) | | 12/2/2026 @ 9:00 AM (11/20/2026) |

[1] The individual Defendant officers are excused from attendance at the Mandatory Settlement Conference.

| | | |
|---|---|---|
| Fact Discovery Deadline | 9/18/26 | 12/18/2026 |
| Expert Designation Deadlines | 9/18/26 & 10/2/26 | 12/18/26 & 1/8/27 |
| Expert Disclosures Deadlines | 10/16/26 & 11/13/26 | 1/22/27 & 2/19/27 |
| Expert Discovery Deadline | 12/11/26 | 3/19/27 |
| Pretrial Motions Deadline | 1/8/27 | 4/16/27 |
| Pretrial Discl./Mem of Contentions | 4/12/27 | 7/12/27 |
| Meeting of Counsel, Rule 16.1(f)(4) | 4/19/27 | 7/19/27 |
| Draft PTC Order due | 4/26/27 | 7/26/27 |
| Proposed PTC Order Due | 5/3/27 | 8/2/27 |
| Pretrial Conference | 5/10/27 | 8/9/27 @ 3:00 PM |

All other terms of the Scheduling Order continue to apply. Dkt. No. 12. No further extensions will be permitted absent extraordinary cause.

**IT IS SO ORDERED.**

Dated: September 11, 2026

Honorable Daniel E. Butcher
United States Magistrate Judge