Steve Hoffman (SBN 237466)
Law Office of Steve Hoffman, APC
770 First Avenue, Suite 250
San Diego, CA 92101
Tel: (619) 677-3015
Fax: (888) 320-9384
shoffmanlaw@gmail.com

Eugene Iredale (SBN 75292)
Julia Yoo (SBN 231163)
Peter Bibring (SBN 223981)
Chelsea Reherman (SBN 343446)
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Tel: (619) 233-1525/Fax: (619) 233-3221

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ENRIQUEZ, ALEYNA ENRIQUEZ, MIGUEL ENRIQUEZ, and THE ESTATE OF CARLOS ENRIQUEZ<br><br>Plaintiff,<br>v.<br><br>THE CITY OF CHULA VISTA, ROXANA KENNEDY, in her individual capacity, ALFONSO PERDOMO, ROMAN BUYSON, THOMAS LUHTA, EVAN LINNEY and DOES 1-25.<br><br>Defendants. | Case No.: 25-cv-3832-BTM-DEB<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Julia Yoo, attorney for Plaintiffs, hereby withdraws as counsel of record in this matter. Eugene G. Iredale and Iredale & Yoo APC will continue to actively represent the Plaintiffs. All future pleadings, notices, and papers should continue to be served on the remaining attorneys at the firm.

The Clerk is respectfully requested to update the docket accordingly and to remove Ms. Yoo from the court's electronic service list (CM/ECF).

Respectfully submitted,

Dated: September 16, 2026

IREDALE & YOO, APC

*s/ Julia Yoo*

Eugene Iredale
Julia Yoo
Peter Bibring
Chelsea Reherman
Attorneys for Plaintiffs