Steve Hoffman (SBN 237466)
Law Office of Steve Hoffman, APC
770 First Avenue, Suite 250
San Diego, CA 92101
Tel: (619) 677-3015
Fax: (888) 320-9384
shoffmanlaw@gmail.com

Eugene Iredale (SBN 75292)
Peter Bibring (SBN 223981)
Chelsea Reherman (SBN 343446)
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Tel: (619) 233-1525/Fax: (619) 233-3221

Attorneys for Plaintiffs

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA ENRIQUEZ, ALEYNA ENRIQUEZ, MIGUEL ENRIQUEZ, and THE ESTATE OF CARLOS ENRIQUEZ

Plaintiff,

v.

THE CITY OF CHULA VISTA, ROXANA KENNEDY, in her individual capacity, ALFONSO PERDOMO, ROMAN BUYSON, THOMAS LUHTA and DOES 1-25.

Defendants.

Case No.: 25-cv-3832-BTM-DEB

**JOINT STATUS REPORT**

Judge: Hon. Daniel E. Butcher

Pursuant to the Court's order of October 22, 2026, ECF No. 47, the parties submit this Joint Status Report in advance of the Status Conference scheduled for November 12, 2026.

# I. PLAINTIFFS' POSITION

## A. Status of Discovery

Plaintiffs have substantially completed discovery. The following items remain outstanding:

1. **Second Rule 30(b)(6) Deposition**. The parties have agreed to conduct a second, limited deposition of Defendants' Rule 30(b)(6) designee. The scope of this deposition will be limited to: (a) the investigation and review of the April 19, 2025 incident; and (b) the Chief of Police's role in discipline and accountability as it pertains to the Enriquez incident. The parties further agree that this second deposition will be scheduled after the City's internal administrative investigation and review is complete. Defendants estimate that the administrative investigation and review will be completed by December 14, 2026.

2. **Pending Written Discovery**. Plaintiffs have served all written discovery requests. Responses from Defendants are due on December 7, 2026. Plaintiffs are currently awaiting those responses. Plaintiffs also served requests for production together with Rule 30(b)(6) deposition notices on September 22, 2026 and October 22, 2026. Defendants have not responded, and Plaintiffs will meet and confer with Defendants regarding this issue.

## B. Mandatory Settlement Conference

The Mandatory Settlement Conference is currently scheduled for November 20, 2026. Plaintiffs respectfully submit that the conference is premature at this time.

Because written discovery responses are not due until December 7, 2026, and the second Rule 30(b)(6) deposition cannot occur until the City's administrative investigation is complete — estimated no earlier than December 14, 2026 — the parties will not have a complete evidentiary picture prior to the November 20, 2026 conference date. Plaintiffs believe the Mandatory Settlement Conference would be significantly more productive if rescheduled to occur after all discovery has been completed.

## II. DEFENDANTS' POSITION

### A. Status of Discovery

Defendants have substantially completed discovery. The following items remain outstanding regarding Plaintiffs' discovery:

1. **Second Rule 30(b)(6) Deposition of Person Most Knowledgeable ("PMK") Re Discipline**. The parties have agreed to conduct a second, limited deposition of Defendants' Rule 30(b)(6) designee regarding discipline: Lieutenant Dustin Bruzee. At the time of the October 14, 2026 deposition, Defendants estimated it would take about 60 days for the administrative investigation into the incident at-issue in this litigation to be completed, *i.e.*, December 14, 2026. Defendants offered that, in the event that Plaintiffs did not expend their full 7 hours of time under Federal Rule of Civil Procedure 30 at the October 14, 2026 deposition, notwithstanding the one-day limit under Rule 30, Defendants would agree to produce this PMK for a second deposition for their balance of their time available –

provided such second deposition for the balance of their time available. It was Defendants' understanding that Plaintiffs agreed to these restrictions. If Plaintiffs are now stating they did not, Defendants will meet and confer regarding this second deposition once the administrative investigation into the incident at-issue in this litigation is complete.

2. **Pending Written Discovery**. Although, when seeking a discovery continuance, Plaintiffs represented that they would not be serving any additional document requests or written discovery, Plaintiffs served new discovery requests (Requests for Production, Set Three) on November 6, 2026. Defendants currently plan to timely respond to this discovery.

Plaintiffs also served requests for production together with Rule 30(b)(6) deposition notices on September 22, 2026 and October 22, 2026. On the record at the October 14, 2026 PMK deposition of Lieutenant Bruzee, Defendants objected to these Requests for Production on the grounds that, under Federal Rules of Civil Procedure 30 and 34, the document requests were not served more than 30 days before the deposition date, as well as grounds of relevance and potential privilege issues. Defendants are willing to meet and confer with Plaintiffs on this issue, but stand by their objections, including that such requests were untimely.

**B. Mandatory Settlement Conference**

The Mandatory Settlement Conference is currently scheduled for November 20, 2026. Defendants agree that such Mandatory Settlement Conference is currently premature and should be reset in early 2027.

Respectfully submitted,

Dated: November 9, 2026 LAW OFFICE OF STEVE HOFFMAN, APC

s/ Steve Hoffman
Attorney for Plaintiffs

Dated: November 9, 2026 IREDALE & YOO, APC

s/ Eugene Iredale
Eugene Iredale
Julia Yoo
Peter Bibring
Chelsea Reherman
Attorneys for Plaintiffs

DATED: November 9, 2026 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: s/ Abigail J.R. McLaughlin
TONY M. SAIN
TORI L.N. BAKKEN
ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendants,
THE CITY OF CHULA VISTA, ROXANA KENNEDY; ALFONSO PERDOMO, ROMAN BUYSON; THOMAS LUHTA

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED: November 9, 2026

Law Office of Steve Hoffman

By: s/Steve Hoffman
Attorney for Plaintiffs
Email: shoffmanlaw@gmail.com